IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RONALD J. MITCHELL, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:09cv716 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Ronald J. Mitchell, Jr., an inmate confined in the Stiles Unit of the Texas Department of Criminal Justice, Institutional Division,, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

### Discussion

Petitioner states that in 2005 he was convicted of certain criminal offenses in the 199th District Court of Bexar County, Texas. He was sentenced to 80 years imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring a petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that a district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Bexar County, Texas. Pursuant to 28 U.S.C. § 124, Bexar County is in the San Antonio Division of the United States District Court for the Western District of

Texas.  As all records and witnesses involving this action may be located in the Western District, the transfer of this action to such district would further justice.

Accordingly, this case should be transferred to the San Antonio Division of the United States District Court for the Western District of Texas.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this   28   day of         July        , 2009.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE